IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02342-LTB

JESUS J. JABALERA, a.k.a. JESUS JOSE JABALERA-ENRIQUEZ,

    Plaintiff,

v.

SIX UNKNOWN NAMES AGENTS, and
BARAK OBAMA, Mr. President of the United States,

    Defendants.

---

# JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 15, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 15 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/L. Gianelli
                    Deputy Clerk